AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**Ivan P. Nitschke**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____March 24, 2011_____ in District of _____COLUMBIA_____ defendant(s) did, (Track Statutory Language of Offense)

using facilities of interstate commerce, that is a computer and telephone, knowingly attempt to persuade, induce, entice, and coerce an individual, under the age of eighteen to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under 22 District Columbia Code § 3008.

in violation of Title _____18_____ United States Code, Section(s) _____2422(b)_____.

I further state that I am _____DETECTIVE TIMOTHY PALCHAK_____, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____ at    _____Washington, D.C._____
**Date**                                   **City and State**

_____      _____
**Name & Title of Judicial Officer**        **Signature of Judicial Officer**