**Statement of Facts**

On March 24, 2011, at approximately 11:15 a.m., Metropolitan Police Detective Timothy Palchak was acting in an undercover capacity as part of a multi-jurisdictional MPD/FBI Child Exploitation Task Force. Det. Palchak was operating out of a satellite office in Washington, D.C., monitoring individuals in a chat room on a social networking site. This chat room is frequented by individuals who have a sexual interest in prepubescent children.

At approximately 11:29 a.m., an individual using the screen name, "Tonka," later identified as the defendant, Ivan Nitschke, initiated a private email chat with Detective Palchak. The defendant stated, "I like the way you think . . . . taboo, young etc . . . . party friendly here too . . . . how goes?" Detective Palchak responded, "yes, very taboo no limits with exp . . ." After the defendant stated, "very hot buddy . . . you looking to get together to get twisted", Detective Palchak stated, "yes, getting off at 3 and meeting my lil perv boy that i met over the summer for a few hours. he is young so if that is not your thing we can hook up after he leaves." The defendant responded, "hey bud . . . . said I was into that in my first message . . . fuck yeah . . . . how old is he? You mind pnp?" Detective Palchak indicated that the boy hat not yet turned 13, and is very "cool, vers and freaky." The defendant responded, "that works for me buddy . . . . no worries" and further asked, "what does freaky mean exactly (not from the states here)?" Detective Palchak responded that the boy "is into taking piss, and loves to be fucked and bred" and asked the defendant, "Are you a top? vers? once we prove we are cool are you good with fucking his hole with me and breeding his lil hole?" The defendant responded, "top vers here . . . . yeah . . . . into all that . . . and ready to join in."

Later in the chat, the defendant further stated, "I'm in Alexandria . . . mobile . . . . happy to meet up with you as soon as you're able to." The defendant also asked Detective Palchak, "are you a cop or anyone in anyway affiliated with any law inforcement agency" and whether Detective Palchak's place was "secure to get together at for all of it." The defendant also asked Detective Palchak whether he had any "porn" and further stated "no porn with me . . . . visiting here and cannot cross border with that"

The defendant agreed to meet Detective Palchak at 3:30 p.m., in the District of Columbia. At approximately 4:30 p,.m., the defendant arrived at the pre-arranged location and was arrested

without incident. The defendant verbally identified himself as, "Ivan Nitschke." The defendant also matched the profile pictures for the screen name, "Tonka."

                                            DETECTIVE TIMOTHY PALCHAK
                                            Detective, Metropolitan Police Department

Sworn and subscribed to before me this _____ day of March 2011

                                            JOHN M. FACCIOLA
                                            United States Magistrate Judge