# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## Holding a Criminal Term

## Grand Jury Sworn in on November 16, 2009

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 11-MJ-204 |
| | : | |
| **IVAN P. NITSCHKE,** | : | VIOLATIONS: |
| | : | 18 U.S.C. § 2422(b) |
| Defendant. | : | (Attempted Coercion and Enticement of a |
| | : | Minor) |
| | : | 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage in Illicit Sexual |
| | : | Conduct) |
| | : | 18 U.S.C. § 2428 |
| | : | (Criminal Forfeiture) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about March 24, 2011, the defendant, **IVAN P. NITSCHKE**, within the District of Columbia and elsewhere, using a facilities of interstate commerce, that is a computer and telephone connected to the Internet, did knowingly attempt to induce a minor under 18 years of age, to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(**Attempted Coercion and Enticement of a Minor**, in violation of Title 18, United States Code, Section 2422(b))

## COUNT TWO

On or about March 24, 2011, the defendant, **IVAN P. NITSCHKE**, did knowingly travel in interstate commerce, that is, from the State of Virginia to the District of Columbia, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under 18 years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. § 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

(**Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of Title 18, United States Code, Section 2423(b))

## CRIMINAL FORFEITURE ALLEGATION

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2428.

2. As a result of the offenses alleged in Counts One and Two of this Indictment, defendant, **IVAN P. NITSCHKE**, shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses of attempted coercion and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b), and travel with intent to engage in illicit sexual conduct, in violation of Title 18, United States Code, Section 2423(b). Such property includes, but is not limited to:

**Personal Property**

One black Blackberry cellular telephone, MEID HEX Number A000000D52FA75; and

One black BMW 325i, VIN: WBAEV33414KR32822, bearing Ontario, Canada, license plate number ASDK616.

(**Criminal Forfeiture**, in violation of Title 18, United States Code, Section 2428)

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia